IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| DAVID WADE | § | |
| V. | § | CIVIL ACTION NO. 6:05CV262 |
| SPORTS ILLUSTRATED MAGAZINE | § | |

ORDER OF DISMISSAL

Came on for consideration the above-referenced civil action, this Court having heretofore ordered that this matter be referred to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.  It is therefore,

**ORDERED** that the above-styled case shall be and is hereby **DISMISSED WITH PREJUDICE**  as to the refiling of another lawsuit in federal court concerning the issues raised herein, but **WITHOUT PREJUDICE** as to Plaintiff's right to seek redress by any other lawful means, including but not limited to the seeking of judicial redress in the courts of the State of Florida.

All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 29th day of November, 2005.**

_____
WILLIAM M. STEGER
UNITED STATES DISTRICT JUDGE